## Commonwealth *v.* Hestor, Appellant.

Argued March 8, 1971. *Nelson M. Galloway,* for appellant; *J. Morgan,* Assistant District Attorney, with him *Jerome T. Foerster,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.